

Current Location





Ms. Smithson Classroom

DODEA 000235



DODEA009834
000236

2





This is the only free wall.