From: **Tamica Smithson** tamica.smithson@yahoo.com
Subject: Re: Continued Aggressive Behaviors
Date: February 12, 2020 at 7:44 PM
To: Schiele Joy F CIV OSD/DoDEA-Europe joy.schiele@dodea.edu, Villarreal Marc Mr. CIV OSD/DoDEA-Europe marc.villarreal@dodea.edu
Cc: Smithson Tamika Ms. CIV OSD/DoDEA-Europe tamika.smithson@dodea.edu



CORRECTION: During our Catapult training on **April 13, 2018**; you picked up my personal belongings and moved them when I refused to do so at your request.

On Wednesday, February 12, 2020, 07:37:57 PM GMT+1, Tamica Smithson <tamica.smithson@yahoo.com> wrote:


Ms. Schiele,

I know that I accepted your apology for violating my personal space last Wednesday during the teachers' training day. Unfortunately, I can't seem to move past the fact that you continue to violate my personal space knowing that we don't have that type of working or personal relationship. You continue to assault me in passive aggressive ways. You do so in the presence of other professionals, in hopes that I will have a knee-jerk reaction to your behavior. Of course, then it will appear that I am the problem.
During our Catapult training on April 18, 2018; you picked up my personal belongings and moved them when I refused to do so at your request. You inadvertently hit my leg with the table/chair as you did so. Then, you felt as though you could run across the room and report me to my supervisor; Mr. Villarreal. I was hoping that he would come over to hear what had happened, but he did not. I contacted my attorney less than 10 minutes after the incident, and later filed a complaint with the German Police on the issue.
During our last teachers' training in Mr. Krebsbach's classroom; you insisted on leaning your body on me while I worked at the computer with my partner. I should have addresses the issue at that point, but I failed to do so. I only informed my attorney when I spoke with him later. I think that I was actually embarrassed to say anything; but that has changed.
Last week, I wanted to address your behavior, and do so in the least distracting way as possible; which is why I spoke with you in the presence of Mr. Villarreal outside of the whole professional group. Again, I know that I accepted your apology for hugging me, and only asking for permission after you had already done so; but I am still feeling very uneasy about the situation. Plain and simple; I feel violated. I feel that your actions are deliberate and meant to cause discord and anxiety on my behalf. You continue to assault me (put your hands or body on me without my permission or desire).
I am requesting that Mr. Villarreal speak with your immediate supervisor to address this issue. Don't ever let this happen again. I am taking this very seriously; and you should as well.

With Great Concern,
Tamica Smithson

Smithson Exhibit
**11**
07/26/22