From    **Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe** Tamika Smithson@DODEA EDU 🚩
Subject  Re: Keys, classroom access and personal items
Date    September 23, 2021 at 5:42 PM
To      Jones, Michelle, Dr., CIV, OSD/DoDEA-Europe  Michelle Jones@DODEA EDU, Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe
        Shawn Hodman@dodea.edu

Good Evening Dr. Jones,

Thank you for your email.

```
Smithson
Exhibit
14
07/26/22
```

I wanted to reply when I received your email this morning, but I really felt the need to express my concerns to my psychotherapist first. After speaking with her, I feel more strongly that my concerns are valid.

Since I have returned from the United States, it feels as though there has been a concerted effort by members of the school to unofficially exclude or remove me as a faculty member of Vilseck High School.

I am detailed with the Virual School as a reasonable accommodation. Last year, myself and two other faculty members were detailed to the DVS. Mr. Valenzuela, Mr. Gore and myself never had the difficulites that I have been experiencing lately as the only faculty member detailed to the DVHS.

Within the last week:

1. **I was informed that I had been removed from the faculty email distribution list.** As a result, I have missed communications that have been shared with all other members of the faculty since late August.
2. **My computer was assigned to a teacher aide**, even though I communicated that I would retreive my laptop on August 16th or after. *I originally requested to keep possession of my laptop throughout the summer, but was denied*.
3. Ms. Wolff has not replied to my messages concerning access to my personal belongings, the parking area and the building. It appears that she is refusing to reassign my keys. It feels like **I am being denied equal access as a member of the VHS faculty.**

I have included Mr. Rodman in the email because he has been the assistant principal for several years. He is aware of the mistreatments, microagressions, and macroagressions that I have experienced at Vilseck High School in the past.

I am attempting to do my job. I am detailed on a reasonable accommodation, and on occasion I have needed to gain access to the building for copies, VPN, or Internet. This has happened after hours and on the weekend.

The treatment that I have experienced within the last week is a continuation of the discrimination that I have been experiencing at this school for years. Some of the faculty members have a gang-mentality and believe that their actions are somehow justified by privilege. I beleive that my colleagues are treating me this way because

I have remained on reasonable accommodation with the DVHS. This treatment is a continued violoation of my civil and human rights to work in a retaliation and discrimination free environment.

Again, I would like to request equal access to the building in case I need to use the facility. If there have been recent policy/security changes, please let me know. Thank you very much for your time.

Very Respectfully,
Tamica Smithson

---

**From:** Jones, Michelle, Dr., CIV, OSD/DoDEA-Europe <Michelle.Jones@DODEA.EDU>
**Sent:** Thursday, September 23, 2021 8:34 AM
**To:** Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe <Tamika.Smithson@DODEA.EDU>; Wolff, Michele A., Ms., CIV, OSD/DoDEA-Europe <Michele.Wolff@DODEA.EDU>
**Cc:** Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe <Shawn.Rodman@dodea.edu>
**Subject:** RE: Keys, classroom access and personal items

Good Morning Ms. Smithson,

Please know that we are happy to set a time for you to come in and pick up any of your items.  Please let us know what you need so we can best assist you. Thank you.

Educationally yours,
Michelle L. Jones
Principal
Vilseck High School
Europe East

**From:** Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe <Tamika.Smithson@DODEA.EDU>
**Sent:** Tuesday, September 21, 2021 8:35 AM
**To:** Wolff, Michele A., Ms., CIV, OSD/DoDEA-Europe <Michele.Wolff@DODEA.EDU>
**Cc:** Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe <Shawn.Rodman@dodea.edu>; Jones, Michelle, Dr., CIV, OSD/DoDEA-Europe <Michelle.Jones@DODEA.EDU>
**Subject:** Re: Keys, classroom access and personal items

Hello Ms. Wolff,

I'm following up on the email that I sent to you on Friday concerning the items in room A212, as well as the fob for parking and keys giving me access to the building. Please let me know a good time for me to come to the school and pick these up. The best time for me would be after 3:30pm since I am in the DVHS during the workday. Hopefully 3:45pm is not too late for you. Please let me know.

Warm regards,

Warm regards,
Tamica Smithson

---

**From:** Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe
<Tamika.Smithson@DODEA.EDU>
**Sent:** Friday, September 17, 2021 5:01 PM
**To:** Wolff, Michele A., Ms., CIV, OSD/DoDEA-Europe <Michele.Wolff@DODEA.EDU>
**Cc:** Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe <Shawn.Rodman@dodea.edu>;
Jones, Michelle, Dr., CIV, OSD/DoDEA-Europe <Michelle.Jones@DODEA.EDU>
**Subject:** Re: Keys, classroom access and personal items

Hello Ms. Wolff,

Is there a good for me to pick up the keys to the building? I understand that room
A212 key may not be included because someone else is utilizing that space. I will
need to get my personal things from the storage area, unless they have been
moved. If so, please let me know where I should pick them up. I gave Mr. Gore
permission to borrow my refrigerator but I am not sure if he actually obtained it.
Again, please let me know a good time for me to see you about the keys.

Warm regards,
Tamica Smithson

---

**From:** Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe
**Sent:** Thursday, September 16, 2021 2:35 AM
**To:** Wolff, Michele A., Ms., CIV, OSD/DoDEA-Europe <Michele.Wolff@DODEA.EDU>
**Cc:** Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe <Shawn.Rodman@dodea.edu>;
Jones, Michelle, Dr., CIV, OSD/DoDEA-Europe <Michelle.Jones@DODEA.EDU>
**Subject:** Keys

Good Morning Ms. Wolff,

I would like to pick up my keys on Thursday (today) or Friday. Should I see the main
office staff concerning this? Please advise.

Warm regards,
Tamica Smithson