**SMITHSON EXHIBIT 4**

11/16/2022



**From:** Smithson, Tamika Ms. CIV OSD/DoDEA-Europe Tamika.Smithson@DODEA.EDU
**Subject:** Tuesday Visit for COVID19 test
**Date:** January 14, 2022 at 2:25 PM
**To:** Rodman, Shawn Mr. CIV OSD/DoDEA-Europe Shawn.Rodman@dodea.edu
**Cc:** Jones, Michelle Dr. CIV OSD/DoDEA-Europe Michelle.Jones@DODEA.EDU, Tamica Smithson tamica.smithson@yahoo.com

Mr. Rodman,

On Tuesday, I arrived at Vilseck High School to take my weekly COVID19 test. You and I had a cordial discussion in the main foyer concerning the breakdown of the Stuttgart bus over the past weekend. Ms. Rincon was present during this discussion because she needed to observe my COVID19 testing (Nurse Peters was not available).

As our discussion ended, you asked me how I was doing. I replied that I was "Ok". At this point, you decided to compliment my attire (blouse). As you were doing this, you felt that it was appropriate to reach and feel the blouse at the site of my wrist and lower arm.

Under the circumstances, I feel that it was inappropriate for you to touch me in any manner that was uninvited. I did not invite you to touch me or my attire as we spoke.

I have been gaslighted by administration each time that I have raised concerns about the violations of my personal space and my body while at Vilseck High School. I decided to discuss this latest issue with my therapist yesterday, and she assured me that I am not overreacting. This is especially because I have expressed verbally and in writing that I wish for my personal space to be respected. Also, this is not the first time that you have violated my personal space, and you are aware of my prior grievances. I feel that my prior complaints are in part the reason for this continued treatment and disregard for my request for space.

I feel that you are attempting to incite some form of anxiety and cause me to react in an "inappropriate" manner. I feel that you and other colleagues behave this way in the workplace because you feel "safe" to do so. In turn, you have created an **unsafe** work environment for me. You and several others have had no consideration for my personal boundaries. I have been **assaulted**, as you all have made **concerted attempts to touch, corner and bombard me on several occasions**. Thus, I have continued to maintain my composure and perform the essential functions of my job under these circumstances. No one should be forced to work under these circumstances.

So, I will state to you again, as I have stated in the past. Do not place your hands on any part of my body or personal belongings unless I have invited you to do so.

Thank you for your time.

Sincerely concerned,
Tamica Smithson

Reply all | Delete | Junk | Block | ...

# Re: Tuesday Visit

**Smithson, Tamika Ms. CIV OSD/DoDEA-Europe**
Thu 1/20/2022 4:35 PM
To: Rodman, Shawn Mr. CIV OSD/DoDEA-Europe
Bcc: Tamica Smithson <tamica.smithson@yahoo.com>

Mr. Rodman,

Thank you for your email.

Sincerely,
Tamica Smithson

---

**From:** Rodman, Shawn Mr. CIV OSD/DoDEA-Europe <Shawn.Rodman@dodea.edu>
**Sent:** Tuesday, January 18, 2022 8:36 AM
**To:** Smithson, Tamika Ms. CIV OSD/DoDEA-Europe <Tamika.Smithson@DODEA.EDU>
**Subject:** Tuesday Visit

Ms. Smithson,
I apologize for offending you and for any discomfort I caused when you came in last week. It was not my intent and it won't happen again.

Sincerely,

Shawn Rodman
Assistant Principal
Vilseck High School
DSN: 545-2122
CIV: 06111-43-545-2122

Reply | Forward

**From:** Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe Tamika.Smithson@DODEA.EDU
**Subject:** Re: Keys, classroom access and personal items
**Date:** September 23, 2021 at 5:42 PM
**To:** Jones, Michelle, Dr., CIV, OSD/DoDEA-Europe Michelle.Jones@DODEA.EDU, Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe Shawn.Rodman@dodea.edu

SMITHSON EXHIBIT 5

11/16/2022

Good Evening Dr. Jones,

Thank you for your email.

I wanted to reply when I received your email this morning, but I really felt the need to express my concerns to my psychotherapist first. After speaking with her, I feel more strongly that my concerns are valid.

Since I have returned from the United States, it feels as though there has been a concerted effort by members of the school to unofficially exclude or remove me as a faculty member of Vilseck High School.

I am detailed with the Virual School as a reasonable accommodation. Last year, myself and two other faculty members were detailed to the DVS. Mr. Valenzuela, Mr. Gore and myself never had the difficulites that I have been experiencing lately as the only faculty member detailed to the DVHS.

Within the last week:

1. **I was informed that I had been removed from the faculty email distribution list.** As a result, I have missed communications that have been shared with all other members of the faculty since late August.
2. **My computer was assigned to a teacher aide**, even though I communicated that I would retreive my laptop on August 16th or after. *I originally requested to keep possession of my laptop throughout the summer, but was denied.*
3. Ms. Wolff has not replied to my messages concerning access to my personal belongings, the parking area and the building. It appears that she is refusing to reassign my keys. It feels like **I am being denied equal access as a member of the VHS faculty.**

I have included Mr. Rodman in the email because he has been the assistant principal for several years. He is aware of the mistreatments, microagressions, and macroagressions that I have experienced at Vilseck High School in the past.

I am attempting to do my job. I am detailed on a reasonable accommodation, and on occasion I have needed to gain access to the building for copies, VPN, or Internet. This has happened after hours and on the weekend.

The treatment that I have experienced within the last week is a continuation of the discrimination that I have been experiencing at this school for years. Some of the faculty members have a gang-mentality and believe that their actions are somehow justified by privilege. I beleive that my colleagues are treating me this way because

I have remained on reasonable accommodation with the DVHS. This treatment is a continued violoation of my civil and human rights to work in a retaliation and discrimination free environment.

Again, I would like to request equal access to the building in case I need to use the facility. If there have been recent policy/security changes, please let me know. Thank you very much for your time.

Very Respectfully,
Tamica Smithson

---

**From:** Jones, Michelle, Dr., CIV, OSD/DoDEA-Europe <Michelle.Jones@DODEA.EDU>
**Sent:** Thursday, September 23, 2021 8:34 AM
**To:** Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe <Tamika.Smithson@DODEA.EDU>; Wolff, Michele A., Ms., CIV, OSD/DoDEA-Europe <Michele.Wolff@DODEA.EDU>
**Cc:** Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe <Shawn.Rodman@dodea.edu>
**Subject:** RE: Keys, classroom access and personal items

Good Morning Ms. Smithson,

Please know that we are happy to set a time for you to come in and pick up any of your items. Please let us know what you need so we can best assist you. Thank you.

Educationally yours,
Michelle L. Jones
Principal
Vilseck High School
Europe East

**From:** Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe <Tamika.Smithson@DODEA.EDU>
**Sent:** Tuesday, September 21, 2021 8:35 AM
**To:** Wolff, Michele A., Ms., CIV, OSD/DoDEA-Europe <Michele.Wolff@DODEA.EDU>
**Cc:** Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe <Shawn.Rodman@dodea.edu>; Jones, Michelle, Dr., CIV, OSD/DoDEA-Europe <Michelle.Jones@DODEA.EDU>
**Subject:** Re: Keys, classroom access and personal items

Hello Ms. Wolff,

I'm following up on the email that I sent to you on Friday concerning the items in room A212, as well as the fob for parking and keys giving me access to the building. Please let me know a good time for me to come to the school and pick these up. The best time for me would be after 3:30pm since I am in the DVHS during the workday. Hopefully 3:45pm is not too late for you. Please let me know.

Warm regards,

Warm regards,
Tamica Smithson

---

**From:** Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe <Tamika.Smithson@DODEA.EDU>
**Sent:** Friday, September 17, 2021 5:01 PM
**To:** Wolff, Michele A., Ms., CIV, OSD/DoDEA-Europe <Michele.Wolff@DODEA.EDU>
**Cc:** Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe <Shawn.Rodman@dodea.edu>; Jones, Michelle, Dr., CIV, OSD/DoDEA-Europe <Michelle.Jones@DODEA.EDU>
**Subject:** Re: Keys, classroom access and personal items

Hello Ms. Wolff,

Is there a good for me to pick up the keys to the building? I understand that room A212 key may not be included because someone else is utilizing that space. I will need to get my personal things from the storage area, unless they have been moved. If so, please let me know where I should pick them up. I gave Mr. Gore permission to borrow my refrigerator but I am not sure if he actually obtained it. Again, please let me know a good time for me to see you about the keys.

Warm regards,
Tamica Smithson

---

**From:** Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe
**Sent:** Thursday, September 16, 2021 2:35 AM
**To:** Wolff, Michele A., Ms., CIV, OSD/DoDEA-Europe <Michele.Wolff@DODEA.EDU>
**Cc:** Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe <Shawn.Rodman@dodea.edu>; Jones, Michelle, Dr., CIV, OSD/DoDEA-Europe <Michelle.Jones@DODEA.EDU>
**Subject:** Keys

Good Morning Ms. Wolff,

I would like to pick up my keys on Thursday (today) or Friday. Should I see the main office staff concerning this? Please advise.

Warm regards,
Tamica Smithson

**From:** **Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe** Tamika.Smithson@DODEA.EDU
**Subject:** RE: Tamika Smithson is back from DVS
**Date:** January 19, 2021 at 11:43 AM
**To:** Corrigan, Mary, Ms., CIV, OSD/DoDEA-Europe Mary.Corrigan@DODEA.EDU
**Cc:** Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe Marc.Villarreal@DODEA.EDU, Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe Shawn.Rodman@dodea.edu

> SMITHSON EXHIBIT 6
> 11/16/2022

Thank you. Whenever you get a chance, could you please forward me all correspondence that the science department members received from Ms. Joy Schiele during the first semester? I'm sure that this will be of great help.
-Tamica

-----Original Message-----
From: Corrigan, Mary, Ms., CIV, OSD/DoDEA-Europe
Sent: Tuesday, January 19, 2021 11:41 AM
To: Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe <Tamika.Smithson@DODEA.EDU>
Subject: FW: Tamika Smithson is back from DVS

Hi,

I emailed Joy.  She has more rights than I do with the system.

Mary

-----Original Message-----
From: Corrigan, Mary, Ms., CIV, OSD/DoDEA-Europe
Sent: Tuesday, January 19, 2021 11:38 AM
To: Schiele, Joy, F, CIV, OSD/DoDEA-Europe <Joy.Schiele@DODEA.EDU>
Subject: Tamika Smithson is back from DVS

She needs access to HMH please.

Mary

Mary Corrigan
Counselor, Grade 9
Teacher, AP Biology, Biology, Anatomy & Physiology
Assistant Coach, Cross-country
Head Coach, Men's Soccer
Vilseck High School

SMITHSON EXHIBIT 7

11/16/2022

**From:** Tamika Smithson tamika.smithson@student.dodea.edu 🚩
**Subject:** Re: Textbook
**Date:** January 22, 2021 at 12:12 PM
**To:** Schiele, Joy, F, CIV, OSD/DoDEA-Europe Joy.Schiele@dodea.edu
**Cc:** Mary Corrigan mary.corrigan@student.dodea.edu, Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe Marc.Villarreal@dodea.edu, Shawn Rodman shawn.rodman@student.dodea.edu, tamica.smithson@yahoo.com

Good Afternoon,

I was unable to help my students gain access to their student textbooks during today's seminar because I still have not been given access to my teacher account. I redirected students to visit Ms. Corrigan's Google Meet. I appreciate the help that she has provided.

Warm regards,
Tamica Smithson

On Thu, Jan 21, 2021 at 6:41 PM Schiele, Joy, F, CIV, OSD/DoDEA-Europe <Joy.Schiele@dodea.edu> wrote:

> Good afternoon, Tamika.
>
> I have attached the instructions for how an educator can reset the passwords for their students.
>
> Hope this helps
>
> Joy
>
> **From:** Tamika Smithson <tamika.smithson@student.dodea.edu>
> **Sent:** Thursday, January 21, 2021 1:45 PM
> **To:** Mary Corrigan <mary.corrigan@student.dodea.edu>; Joy Schiele <joy.schiele@student.dodea.edu>
> **Cc:** Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe <Marc.Villarreal@DODEA.EDU>; Shawn Rodman <shawn.rodman@student.dodea.edu>
> **Subject:** Fwd: Textbook
>
> Good Afternoon,
>
> I don't have any information to properly assist my students having problems with their accounts. The student says that she has entered her email and password "science". Is there anything else that I can do to help students gain access to the online textbook?
>
> Regards,
>
> Tamica Smithson
>
> ---------- Forwarded message ---------

---------- Forwarded message ---------
From: **Heaven Blair** <hbla9736@student.dodea.edu>
Date: Thu, Jan 21, 2021 at 12:39 PM
Subject: Textbook
To: Tamika Smithson <tamika.smithson@student.dodea.edu>

Hello,

I can't log into HMH to access the textbook. I've tried, but it says that I'm using the wrong email or password. What should I do in the meantime?

Heaven Blair

SMITHSON EXHIBIT 8

11/16/2022

**From:** Tamica Smithson tamica.smithson@yahoo.com
**Subject:** Continued Aggressive Behaviors
**Date:** February 12, 2020 at 7:37 PM
**To:** Schiele Joy F CIV OSD/DoDEA-Europe joy.schiele@dodea.edu, Villarreal Marc Mr. CIV OSD/DoDEA-Europe marc.villarreal@dodea.edu
**Cc:** Smithson Tamika Ms. CIV OSD/DoDEA-Europe tamika.smithson@dodea.edu



Ms. Schiele,

I know that I accepted your apology for violating my personal space last Wednesday during the teachers' training day. Unfortunately, I can't seem to move past the fact that you continue to violate my personal space knowing that we don't have that type of working or personal relationship. You continue to assault me in passive aggressive ways. You do so in the presence of other professionals, in hopes that I will have a knee-jerk reaction to your behavior. Of course, then it will appear that I am the problem.

During our Catapult training on April 18, 2018; you picked up my personal belongings and moved them when I refused to do so at your request. You inadvertently hit my leg with the table/chair as you did so. Then, you felt as though you could run across the room and report me to my supervisor; Mr. Villarreal. I was hoping that he would come over to hear what had happened, but he did not. I contacted my attorney less than 10 minutes after the incident, and later filed a complaint with the German Police on the issue.

During our last teachers' training in Mr. Krebsbach's classroom; you insisted on leaning your body on me while I worked at the computer with my partner. I should have addresses the issue at that point, but I failed to do so. I only informed my attorney when I spoke with him later. I think that I was actually embarrassed to say anything; but that has changed.

Last week, I wanted to address your behavior, and do so in the least distracting way as possible; which is why I spoke with you in the presence of Mr. Villarreal outside of the whole professional group. Again, I know that I accepted your apology for hugging me, and only asking for permission after you had already done so; but I am still feeling very uneasy about the situation. Plain and simple; I feel violated. I feel that your actions are deliberate and meant to cause discord and anxiety on my behalf. You continue to assault me (put your hands or body on me without my permission or desire).

I am requesting that Mr. Villarreal speak with your immediate supervisor to address this issue. Don't ever let this happen again. I am taking this very seriously; and you should as well.

With Great Concern,
Tamica Smithson

**From:** **Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe** Tamika.Smithson@DODEA.EDU 🚩
**Subject:** RE: Biology and Chemistry Online Access for HMH
**Date:** January 20, 2021 at 8:03 AM
**To:** Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe Shawn.Rodman@dodea.edu, Schiele, Joy, F, CIV, OSD/DoDEA-Europe Joy.Schiele@DODEA.EDU, Moellendick, Cora, Ms., CIV, OSD/DoDEA-Europe Cora.Moellendick@DODEA.EDU
**Cc:** Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe Marc.Villarreal@DODEA.EDU, tamica.smithson@yahoo.com

SMITHSON EXHIBIT 9
11/16/2022

Yes, I used two "!!" when I tried.
I think they only required one special character though.
I have requested that Ms. Schiele assign me a generic password as she has done for the students.

Warm regards,
Tamica

-----Original Message-----
From: Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe
Sent: Wednesday, January 20, 2021 7:30 AM
To: Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe <Tamika.Smithson@DODEA.EDU>; Schiele, Joy, F, CIV, OSD/DoDEA-Europe <Joy.Schiele@DODEA.EDU>; Moellendick, Cora, Ms., CIV, OSD/DoDEA-Europe <Cora.Moellendick@DODEA.EDU>
Cc: Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe <Marc.Villarreal@DODEA.EDU>
Subject: RE: Biology and Chemistry Online Access for HMH

Ms. Smithson,
I noticed in the email below that the generic password used, "Schoolisfun4me!" has 2 exclamation points.  It is my understanding that the password only has 1 exclamation point.  At least that is what was provided to me for a student reset.  Not sure if it will help, but might be worth a try.

Shawn

-----Original Message-----
From: Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe
Sent: Tuesday, January 19, 2021 3:49 PM
To: Schiele, Joy, F, CIV, OSD/DoDEA-Europe <Joy.Schiele@DODEA.EDU>; Moellendick, Cora, Ms., CIV, OSD/DoDEA-Europe <Cora.Moellendick@DODEA.EDU>
Cc: Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe <Marc.Villarreal@DODEA.EDU>; Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe <Shawn.Rodman@dodea.edu>
Subject: RE: Biology and Chemistry Online Access for HMH
Importance: High

Good Afternoon,

I just went through the process again. The system is reading "Error: There is a problem with these details, please try again." It seems that it may be having a problem with my email tamika.smithson@student.dodea.edu I have even used the password that students are given to sign in "Schoolisfun4me!!" and it does not work. I'll continue trying tomorrow during my prep hour. Any assistance will be appreciated.

Warm regards,
Tamica Smithson


-----Original Message-----
From: Schiele, Joy, F, CIV, OSD/DoDEA-Europe
Sent: Tuesday, January 19, 2021 3:00 PM
To: Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe <Tamika.Smithson@DODEA.EDU>
Cc: Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe <Marc.Villarreal@DODEA.EDU>; Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe <Shawn.Rodman@dodea.edu>
Subject: RE: Biology and Chemistry Online Access for HMH

Welcome Back, Tamika.


Sorry to hear that you are having difficulty accessing the HMH Ed Platform.


The educator account established for you last year is still active.  Your username is your DoDEA student Gmail account.

Educators establish their own passwords, by using the password reset link, please see attached.  The password reset link will be sent to your Outlook account, if you do not see it, please check you 'Junk E-mail' folder.

Hope this helps

Joy

Joy Schiele

Science/STEM (6-12) ISS

DoDDS State MATHCOUNTS Coordinator

District CHA

DoDEA Europe East District

Vogelweh/Kapaun Office

DSN: (314) 545-1742

Commercial: 49(0)611-143-545-1742

-----Original Message-----
From: Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe <Tamika.Smithson@DODEA.EDU>
Sent: Tuesday, January 19, 2021 1:06 PM
To: Schiele, Joy, F, CIV, OSD/DoDEA-Europe <Joy.Schiele@DODEA.EDU>
Cc: Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe <Marc.Villarreal@DODEA.EDU>; Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe <Shawn.Rodman@dodea.edu>
Subject: FW: Biology and Chemistry Online Access for HMH
Importance: High

Ms. Schiele,

I have been attempting to gain access to my online textbooks. Any assistance that you can give will be appreciated.

Regards,

Tamica Smithson

SMITHSON EXHIBIT 10

11/16/2022

**From:** **Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe** Tamika.Smithson@DODEA.EDU
**Subject:** FW: Reset your Ed password
**Date:** January 22, 2021 at 2:57 PM
**To:** Schiele, Joy, F, CIV, OSD/DoDEA-Europe Joy.Schiele@DODEA.EDU
**Cc:** Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe Marc.Villarreal@DODEA.EDU, Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe Shawn.Rodman@dodea.edu, Corrigan, Mary, Ms., CIV, OSD/DoDEA-Europe Mary.Corrigan@DODEA.EDU, tamica.smithson@yahoo.com

Good Afternoon,

I know that I have been returned to the Virtual School for this semester, but I figured that I would still attempt to create a password when the message below came through a few minutes ago. The system still does not work for me. Hopefully this problem is resolved upon my return for the 2021/22 school year. I appreciate Ms. Corrigan's efforts to help my students get logged into their accounts due to my not being able to access the teacher account.

Warm regards,
Tamica Smithson



-----Original Message-----
From: HMHAccessNotifications@hmhco.com [mailto:HMHAccessNotifications@hmhco.com]
Sent: Friday, January 22, 2021 2:48 PM
To: Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe <Tamika.Smithson@DODEA.EDU>
Subject: Reset your Ed password

Hi Tamika,

Thank you for contacting Ed: Your Friend in Learning to reset your password. Please click the link below to create a new one.

https://www.hmhco.com/one/new-password/#!/?connection=88715170&token=MjdhNDA1OTQtODRhNS00ZWIwLTk1MjUtMGFiYWNhMjk1YTE2 <https://nam02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.hmhco.com%2Fone%2Fnew-password%2F%23!%2F%3Fconnection%3D88715170%26token%3DMjdhNDA1OTQtODRhNS00ZWIwLTk1MjUtMGFiYWNhMjk1YTE2&data=04%7C01%7Ctamika.smithson%40dodea.edu%7Ce38a0fdcfbe64829785708d8bedc5001%7Cce0f7be2a75548938d702b153371922c%7C0%7C0%7C637469200778645335%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0&sdata=Mhb%2BQSo058c1YtfUDQUgPYNFnXfBG6xNuYEySXL%2FMr4%3D&reserved=0>

The reset link will expire in 24 hours. You can request a new reset link at any time.

If you received this email by mistake, you can safely ignore it. Your password won't be changed.

Sincerely,

The Ed: Your Friend in Learning Team

SMITHSON EXHIBIT 11

11/16/2022

**From:** **Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe** Tamika.Smithson@DODEA.EDU
**Subject:** RE: VHS: Back-to School CCRS Science Professional Learning (8/17-8/18)
**Date:** January 19, 2021 at 1:33 PM
**To:** Dare, Michelle, Ms., CIV, OSD/DoDEA-Europe Michelle.Dare@DODEA.EDU
**Cc:** Corrigan, Mary, Ms., CIV, OSD/DoDEA-Europe Mary.Corrigan@DODEA.EDU, Krebsbach, Michael, Mr., CIV, OSD/DoDEA-Europe Michael.Krebsbach@DODEA.EDU, Schiele, Joy, F, CIV, OSD/DoDEA-Europe Joy.Schiele@DODEA.EDU, Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe Marc.Villarreal@DODEA.EDU, Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe Shawn.Rodman@dodea.edu

Thank you Michelle. I've tried everything that you have been mentioned. I think that my account is disabled. Nothing has worked. I appreciate your help.
-Tamica

-----Original Message-----
From: Dare, Michelle, Ms., CIV, OSD/DoDEA-Europe
Sent: Tuesday, January 19, 2021 11:52 AM
To: Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe <Tamika.Smithson@DODEA.EDU>
Cc: Corrigan, Mary, Ms., CIV, OSD/DoDEA-Europe <Mary.Corrigan@DODEA.EDU>; Krebsbach, Michael, Mr., CIV, OSD/DoDEA-Europe <Michael.Krebsbach@DODEA.EDU>; Schiele, Joy, F, CIV, OSD/DoDEA-Europe <Joy.Schiele@DODEA.EDU>
Subject: RE: VHS: Back-to School CCRS Science Professional Learning (8/17-8/18)

Good morning Tamica,

The login should be your DODEA student email address. I think Joy reset our passwords, you may need to check with her if you cannot access.

Student passwords should be "science".
District = Department of Defense
Europe East

https://www.hmhco.com/one/login/?state=https%3A%2F%2Fwww.hmhco.com%2Fone%2F%23%2Fdiscover%2FSCI_NA20E_SCIDIM_CH

The above link should get you in to the site (I copied and pasted from my Google Classroom). I think the general site name is hmhco.com/one

Take care,

Michelle


-----Original Message-----
From: Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe
Sent: Tuesday, January 19, 2021 11:00 AM
To: Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe <Marc.Villarreal@DODEA.EDU>; Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe <Shawn.Rodman@dodea.edu>
Cc: Corrigan, Mary, Ms., CIV, OSD/DoDEA-Europe <Mary.Corrigan@DODEA.EDU>; Michael Krebsbach <michael.krebsbach@student.dodea.edu>; Dare, Michelle, Ms., CIV, OSD/DoDEA-Europe <Michelle.Dare@DODEA.EDU>
Subject: RE: VHS: Back-to School CCRS Science Professional Learning (8/17-8/18)
Importance: High

Hello All,

Would it be possible for someone to send me the logins and passwords for the biology and chemistry texts? I emailed for a new one on Thursday, but the system has not responded. Thank you.

Warm regards,
Tamica


-----Original Message-----
From: Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe
Sent: Sunday, January 17, 2021 1:49 PM
To: Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe <Marc.Villarreal@DODEA.EDU>; Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe <Shawn.Rodman@dodea.edu>
Cc: 'tamica.smithson@yahoo.com' <tamica.smithson@yahoo.com>
Subject: RE: VHS: Back-to School CCRS Science Professional Learning (8/17-8/18)
Importance: High

Good Weekend,

I have completed a search of my emails, and below is the last correspondence that I received from Joy Schiele this school year.
I still don't have current access information for the online textbooks, and I cannot locate the old passwords from last school-year. I requested a new password on Thursday, but the system has not forwarded one at this time. It would have been best had I continued to receive communications throughout the 1st semester, especially since there was a chance of my return to VHS this school-year. I would have simply archived the emails and referred to them at this time.
Due to the circumstances, curriculum instruction will not begin for my students on Tuesday. I have not had ample time to prepare because I have not been provided proper guidance and information for a smooth transition into remote learning 2021. If information is provided during the long weekend or early Tuesday, then I will have time to prepare lessons to begin on Wednesday. We will have ice-breakers and classroom norms on Tuesday for instruction.
Any and all guidance is welcomed. Thank you.

Warm regards,
Tamica Smithson



-----Original Message-----
From: Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe
Sent: Tuesday, August 11, 2020 9:33 PM
To: Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe <Marc.Villarreal@DODEA.EDU>
Cc: tamica.smithson@yahoo.com
Subject: FW: VHS: Back-to School CCRS Science Professional Learning (8/17-8/18)
Importance: High

Hello Mr. Villarreal,

You probably have heard that I have been accepted for the Virtual School detail. I will begin online training for the detail from home on Monday. From my understanding, I will not report to the high school. Please let me know if you have already been informed. Thank you.

Tamica



-----Original Message-----
From: Schiele, Joy, F, CIV, OSD/DoDEA-Europe
Sent: Tuesday, August 11, 2020 6:48 PM
To: Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe <Marc.Villarreal@DODEA.EDU>; Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe <Shawn.Rodman@dodea.edu>
Cc: Sanchez, Steven L, Mr., CIV, OSD/DoDEA-Europe <Steven.Sanchez@DODEA.EDU>; Schiele, Joy, F, CIV, OSD/DoDEA-Europe <.Schiele@DODEA.EDU>
Subject: VHS: Back-to School CCRS Science Professional Learning (8/17-8/18)

Good afternoon, Mary, Michael, Michelle and Tamika.

Welcome back, I hope each of you had an enjoyable summer break.

Our CCRSS Back-to-School (BTS) Professional Learning Sessions will occur on Monday, Aug 17th, and Tuesday, Aug 18th and will be both synchronous and asynchronous modules.

Our meeting link for both days:  https://meet.google.com/ank-zjhp-fdf

We will begin each day at 0800 (I will be in there earlier, feel free to stop in, looking forward to 'seeing' you all!)

Day 1: Monday - Choice Day:  We will open this day together. There are many things to discuss and frame our time together, so we're moving forward with a shared understanding and purpose. After this, you have a few choices of modules in Schoology (CCRSS Science Professional Learning), two of the options are live sessions, one with the STEM Educators at the US Naval Academy (1-3 pm), and one with Discovery Education (10 am-noon). We will discuss all of your options at the beginning of the day. I expect you will end up with time for 2 or 3 of these modules, but our priority will be what we start with, the discussion centered on being ready for students.

Day 2: Tuesday - Content Day: Again, we will open this day together and spend most of it in separate sessions with an HMH facilitator. There will be six total facilitators, one for Biology, Chemistry, Physics, Integrated Science I, Integrated Science II, and Integrated Science III. We'll go through the goals for this day, but you will have a lot of say in how this time is used. The facilitators are there for you as a resource to help you get the most out of our HMH materials. The sessions are a working/planning time with a 'coach' on hand to answer questions and help locate and build resources to use with students. I will be dividing my time among the sessions and will be with you and available all of both days.

I genuinely am looking forward to being with you all, though I do wish it were face-to-face.  Again, I hope you each have had a restful summer, and I will see you soon at the above link!

Please pass along this message to all educators joining us in science this year.

Let me know if you have any questions,

Joy

Joy Schiele
Science/STEM (6-12) ISS
District CHA
DoDEA Europe East District
Vogelweh/Kapaun Office
DSN: (314) 545-1742
Commercial: 49(0)611-143-545-1742