Smithson, EU-FY20-013

SMITHSON EXHIBIT 3
11/16/2022

## Declaration under Penalty of Perjury

I, **Shawn Rodman**, in accordance with 28 U.S.C. §1746, make the following statement:

*EFFECTS OF NONDISCLOSURE:* Military members and civilian employees of the Department of Defense (DoD) and its components and agencies are obligated to cooperate in official investigations and may be subjected to administrative action for failing to do so. If I am not a military member or civilian employee of DoD, the disclosure of information by me is voluntary; however, my failure to respond will result in a recommended disposition of the case on the basis of information available.

*AUTHORITY:* The authority to collect the information requested is derived from one or more of the following: Title 5, Code of Federal Regulations, Sections 5.2 and 5.3; title 5, United States Code, Sections 1302, 1303, 1304, 3301, and 3302; Executive Order 11478, as amended: Executive Order 10577; and 29 CFR 1614.

*PURPOSE AND USES:* The information supplied will be used as a part of the record in an equal employment opportunity discrimination complaint. The record will be furnished to designees of agencies and departments of the Federal Government in order to resolve the complaint. The record may also be disclosed to any agency of the Federal Government having oversight or review authority with regard to Department of Defense, to Federal intelligence agencies, or to others as may be published in the Federal Register.

Question (Q): What is your full name?
Response (R): Shawn Michael Rodman

Q: What is your current position title, pay grade, and series?
R: Assistant Principal, Vilseck High School, Interim Principal Hohenfels Middle High School; GS12

Q: How long have you held this position [provide to and from dates]?
R: August 2015-Present(VHS), November 2019 (HMHS)

Q: Who was your first, second-level supervisor during the period at issue [March 2019 through September 2019]?
R: Marc Villarreal, Melissa Hayes

Q: What is your organizational relationship to Ms. Smithson (1st, 2nd, 3rd level supervisor, co-worker, servicing HR personnel, friend)?
R: I am the Asst. Principal, I did not supervise her directly during the time frame above.

Q: If you served as her 1st, 2nd, or 3rd level supervisor, please provide the timeframes that you supervised the Complainant.
R: n/a

Page 1 of 9 Pages
Declarant's Initials ____

000199

## Bases for Discrimination
Q: What is your race?
R: Caucasian

Q: What is Ms. Smithson's race?
R: African American

Q: Would you agree that you are aware of her race based on visual observation (yes or no)? If no, please explain how you know his race
R: yes

Q: What is your sex (male or female)?
R: Male

Q: What is Ms. Smithson's sex [male or female]?
R: Female

Q: Would you agree that you are aware of her sex based on visual observation (yes or no)? If no, please explain how you know her sex
R: Yes

Q: What is your year of birth?
R: 1965

Q: What is Ms. Smithson's approximate age?
R: 40-50?

Q: How are you aware of Ms. Smithson's age? Have the two of you discussed her age, from personnel records as examples, please explain how you know her age.
R: appearance, age of her child.

Q: What is your awareness of Ms. Smithson medical conditions [be specific-what conditions does the Complainant have]?
R: Only what she told me about syptoms

Q: When did you find out about the medical conditions?
R: She told me she had a condition and the symptoms.

Q: How did you find out about the medical conditions (did she tell you, provide medical documentation, did you find out from someone else)?
R: She told me.

Q: Did she provide you with any medical documentation to support her conditions? If so, approximately when and what did she give you?

Page 2 of 9 Pages
Declarant's Initials _____

000200

R: No

Q: What are the essential duties of her position?
R: She teaches science classes. She supervise students, presents information, sets up and conducts labs, grades assignments and test, corresponds with students, parents, other teachers and administrators.

Q: What is your understanding regarding how these medical conditions affect her ability to perform her duties as a Science Teacher, TC-CE 15?
R: She tells me that she is sensitive to light, and is dizzy sometimes.

Q: Is Complainant able to perform the essential duties of her position with our without accommodation?
R: I know she has a reasonable accommodation plan, or has had one, but I don't know the specifics of that plan.

Q: Besides this EEO Complaint, are you aware any other EEO Complaint filed by Ms. Smithson?
R: I am aware of other complaints.

Q: Did you participate in Complainant's prior EEO complaint? If so, please explain your role [e.g. responsible management witness, general witness].
R: Initially, Ms. Smithson came to me because she claimed to be assaulted at a drama production at our school. This was a previous complaint and I assisted with that investigation.

Q: When and how did you find out about Complainant's previous complaint?
R: On a previous occasion, I was asked to fill out a questionnaire like this one that claimed a number of things involving scheduling, classroom support and other issues.

Q: When (approximate) did you find out about this current complaint?
R: When I got this email. I was aware of complaint # 1 in the email. The others I did not know about until now.

Q: How (who told you) did you find out about this current complaint?
R: This email from the investigator. For # 1, the change in accommodation I was in Mr. Villarreal's office when someone from LMER, I think Ms. Tronge was asking about the previous accommodation that allowed for her to come to work late and not use leave time. I was aware of the information because Mr. Nicholson was the previous principal who put that accommodation in place. Mr. Nicholson was the principal my first year in Vilseck in 2015-16. Ms. Tronge was explaining to Mr. Villarreal that the accommodation was not legal.

Q: When (approximate) did you find out about this current complaint?
R: April 20, 2020, except for # 1

Q: How (who told you) did you find out about this current complaint?
R: The email from Ms. Williams

## Incidents of Discrimination and Harassment – Please refer to Agency's Notice of Acceptance dated December 16, 2019

### Claim #1a

Q: Ms. Smithson states twice in September 2019, Ms. Franklin and Ms. Natanaun [substitute for SPED] walked into her classroom while she was teaching to disrupt her class. What is your knowledge of this incident? Is this a true statement? IF not, what happened?
R: I was not aware of the incident.

Q: Ms. Smithson states Mr. Johnson also interrupted her class twice, to disrupt her class. What is your knowledge of this incident? Is this a true statement? IF not, what happened?
R: I don't know about the incident. Mr. Johnson is a computer tech. I have not seen him enter classrooms unless there was a technical issue going on or he was checking on the status of a service ticket.

Q: Ms. Smithson states she believes they were walking into her classroom to cause a distraction while she was teaching and to cause her to have a negative response. What is your response to her contention?
R: I don't think anyone in this building would purposefully disrupt someone else's class.

Q: What is the organizational relationship between Ms. Smithson and Ms. Franklin, Ms. Natanaun, and Mr. Johnson?
R: Ms. Smithson is a teacher. Ms. Franklin is a counselor contracted by an outside agency. Mr. Johnson is a computer tech contracted by an outside agency. Ms. Natanaun, according to this document is a substitute sped aide. I don't know her.

Q: Did you discuss with the individuals regarding why they were interrupting Ms. Smithson's classroom? What did they tell you?
R: I have not discussed it with them as I did not know about this.

Q: Do you believe their entering the classroom was appropriate? If so, why? If not, why not?
R: I don't know, but there are reasons why anyone of those people would go into Ms. Smithson's, or anyone else's classroom. I am not aware of any complaints about these individuals being inappropriate in someone's classroom.

### Claim #1b

Q: What is your knowledge of Ms. Wolff coming into complainant's classroom, standing behind her desk, leaning against her, asking to speak with her about the hypotonic system?
R: I don't know about this.

Q: Did you discuss with Ms. Wolff her actions? If so, what did she tell you? If not, please explain why you did not talk with her.
R: I don't know about this.

### Claim #1c

Q: Please explain why the hydroponic system could not be moved for Ms. Smithson.
R: I don't know.

### Claim #1d
Q: What is your knowledge of Ms. Ester Franklin, coming into Complainant's classroom, attempting to come behind her desk while she was administering a microscope quiz?
R: I don't know about this.

Q: Did you discuss with Ms. Franklin her actions? If so, what did she tell you? If not, please explain why you did not talk with her.
R: I don't know about this.

### Claim #1e
Q: Please explain why Ms. Smithson did not receive materials and instruction to implement the new curriculum.
R: I don't know about this specifically. There were issues at the beginning of the school year that we did not receive the correct materials for the sciences courses we teach. We were sent the Middle School science materials and we had to find out where our materials were.

Q: Why did Ms. Mary Corrigan and Mr. Michael Krebsbach receive the material and instruction to implement the new curriculum and Complainant did not receive the material?
R: I don't know. I didn't know they did.

### Claim #1f
Q: What is you knowledge of Ms. Wolff approaching Ms. Smithson's daughter during the summer asking her [the daughter] what type of work Ms. Smithson was performing over the summer?
R: I don't know about this.

Q: Do you think this was appropriate for Ms. Wolff to discuss Ms. Smithson's whereabouts with her [Ms. Smithson's] daughter? If so, why? If not, why not?
R: I don't know about this. I have seen children of other staff members over the summer and asked what their parents were up to. It was just pleasant conversation.

### Claim #1g
Q: Please explain what happened when in late March 2019, Ms. Smithson's co-worker, Ms. Susan Holt, approached her in the classroom asking if she would consider leaving the school so that Ms. Holt could stay.
R: I don't know about that.

Q: Why would Ms. Holt ask that type of question? Was the school considering making personnel cuts?
R: I don't know. We don't make personnel cuts, Headquarters does.

### Claim #1h

Smithson, EU-FY20-013

Q: Ms. Smithson states that she had an RA in place during SY2017 and 2018. However, the RA was discontinued in by Mr. Villarreal and Ms. Tronge in December 2018. Why was Ms. Smithson's RA discontinued?
R: I was informed by the responsible EEO official, Ernest Ytuarte, that this matter is no longer under investigation. If you have any further questions, please direct them to Mr. Ytuarte.

Q: Ms. Smithson stated she requested to reinstate the RA in writing. Did you respond to her request in writing (if so, please provide a copy)? What was your response to Ms. Smithson's request?
R:

Q: Does the Ms. Smithson meet the education and experience requirements for the position in question (explain)?
R:

Q: Ms. Smithson alleged that her medical condition impacts her ability to participate in early morning exercise it affects her ability to exercise and drive in early morning. Are you aware that the medical impairment impacts on the Complainant's ability to perform the tasks above?
R:

Q: How often is this task/function performed in this position (Daily, weekly, or percentage of time performing this function/task)?
R:

Q: What happens if she cannot perform this function?
R:

Q: Do you consider this task/function an essential function of the position? (If so, explain why.)
R:

Q: Did Complainant request an accommodation or advise you of the impact his medical impairment has on her ability to perform his job (explain when and what you were told)?
R:

Q: What accommodation did Complainant request and when was the accommodation requested?
R:

Q: Prior to the request for accommodation, was Complainant able to perform the essential functions of his position without an accommodation? If yes, what reason did Complainant give for requesting an accommodation?
R:

Q: What action did you take in response to Complainant's request for accommodation, if any?
R:

Q: Did you have a discussion with Complainant to clarify her request, request more medical documentation, and/or did Complainant submit medical or related documentation that describe the need for the requested accommodation (explain)?
R:

Q: If you offered/provided an accommodation, identify the accommodation.
R:

Q: What was Complainant's response to that accommodation?
R:

Q: With the accommodation, was Complainant able to perform the essential functions of job?
R:

Q: If you did not offer/provide an accommodation, explain fully why not?
R: .

Q: Was Mr. Martinez's RA removed? Was the removal of the RA for him a direct result of Ms. Smithson complainant about her RA? Please explain your response.
R:.

**General Discrimination/Harassment Questions**
Q: Ms. Smithson alleges that she was being treated less favorably then her co-workers listed below and she provides the reason why. Please address her contention for each of the co-workers separately.
1. **Mr. Martinez** was utilizing his delayed entry accommodations for at least two months after my accommodations had been removed. I believe that his accommodations were removed once administration noticed the discrepancy in treatment.
2. **Ms. Overton** had been using the WACOM in her art classes for some time. Although this technology was already in use within the school; I was forced to provide more reasoning as to why I needed the same technology as a reasonable accommodation. Once I finally received the technology, I was unable to use it effectively in my classroom. In hindsight, I believe that I was just very discouraged by this point.
3. **Ms. Snowden** received help from other teachers, and possibly ISS outside of the building that I did not have access to during these crucial first weeks of new curriculum implementation.

Q: Complainant believes she was discriminated against based on her medical condition and the root cause is due to her race. She explains she was successfully utilizing her RA since 2010. There were no problems with her performance of essential and nonessential duties. Her attendance was nearly perfect; in that she rarely called in sick or late for work. She believes that the agency targeted her RA and conditions to cause adverse reactions in my performance and health. What is your response to her contention?
R: I do not think she was targeted. It is my understanding that her previous accommodations were deemed illegal. I don't recall why her accommodation that was in place was questioned, but I don't think she was targeted.

Q: Complainant believes she was discriminated against based on her filing a prior EEO complaint because adverse actions against her RA took place directly after she filed EEO complaints in SY 2017 and 2018. What is your response to her contention?
R: I was not aware of prior EEO complaints.

Q: Ms. Smithson contends that she has complained to you about co-workers violating her personal space and her issues with not receiving technology and resources. What action have you taken as a result of Ms. Smithson complaining to you?
R: I am not aware that she complained to me about resources and technology. I also don't recall that she complained to me about people invading her personal space.

Q: Were you aware of any policies in place designed to prevent harassment or hostile work environment? If so, where are these policies (bulletin boards or intranet)?
R: I am sure there are policies in place to prevent these things. There is a poster in the faculty work room about worker's rights. I don't know for sure, but I'm guessing it is there.

Q: Have you attended any training regarding anti-harassment/hostile work environment? If so, what was the training and when did you take it?
R: I have not taken training on this specifically. We are trained annually on employee relations, and anti-harassment, but I feel it is in general terms. I don't belive there is a hostile work environment at Vilseck High School.

Q: How would Ms. Smithson become aware of the policies in place designed to prevent harassment or hostile work environment?
R: Her union representatives, or she could ask Mr. Villarreal or myself. If I didn't know the answer, I could find it for her.

Q: If not listed above, did Ms. Smithson complain to you about the alleged harassment? If so, when? What did she say?
R: She did not.

Q: Did Ms. Smithson tell you that she feel discriminated against based on her race and medical conditions, in reprisal for complaining? If so, what did she tell you?
R: No.

Q: Was an agency investigation conducted into Ms. Smithson's allegations of harassment? If so, approximately when, who conducted investigation, and what was the outcome/recommendation?
R: I was not aware of her allegations of harassment.

Q: What other actions, if any, did you or other management officials take in response to Complainant's allegations?
R: I was not aware of any allegations.

Q: Which management officials took the action?

R: I don't know about this.

Q: Did this action stop the harassment?
R: I don't know.

Q: How can you be certain that management's actions stopped the harassment?
R: I don't know.

**Conclusion**
Q: Regarding any of the claims or issues accepted for investigation, did you take any actions, make any decisions, or engage in any behavior for the purpose of discriminating against, or harassing Complainant because of her race, medical conditions or in reprisal for complaining?
R: No

Q: Regarding any of the claims or issues accepted for investigation under, do you believe that any involved supervisor or employee took any actions, made any decisions, or engaged in any behavior for the purpose of discriminating against, Complainant because of her race, medical conditions or in reprisal ?
R: No.

Q: Do you have any evidence you would like to submit in connection with this investigation? If so, please label and attach to this statement.
R: No

Q: Is there anything you would like to add to any of your testimony in connection with any of the claims or issues accepted for investigation? If so, please do so here.
R: I have not worked full time in Vilseck High school since November 1, 2020. I was named the interim principal at Hohenfels Middle High School at that time so I was only in Vilseck occasionally.

END OF STATEMENT

I, **Shawn Rodman**, declare under penalty of perjury, that the foregoing is true and correct.

_____          _April 24, 2020_____
(Declarant's Signature)                                (Date)

SMITHSON EXHIBIT 12
11/16/2022

**From:** **Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe** Tamika.Smithson@DODEA.EDU
**Subject:** RE: VHS: Back-to School CCRS Science Professional Learning (8/17-8/18)
**Date:** January 19, 2021 at 11:32 AM
**To:** Corrigan, Mary, Ms., CIV, OSD/DoDEA-Europe Mary.Corrigan@DODEA.EDU
**Cc:** Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe Marc.Villarreal@DODEA.EDU, Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe Shawn.Rodman@dodea.edu

Thank you very Mary. My students just told me the same thing and the system is not allowing me to log in. Hmmm...well, I have other introductory lessons if I need to use them for next class, but it would be great to get the students started on some real content. It's not fair to them. I'll keep trying. Please let me know if you can think of anything else. -Tamica

-----Original Message-----
From: Corrigan, Mary, Ms., CIV, OSD/DoDEA-Europe
Sent: Tuesday, January 19, 2021 11:16 AM
To: Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe <Tamika.Smithson@DODEA.EDU>
Subject: RE: VHS: Back-to School CCRS Science Professional Learning (8/17-8/18)

Try your student gmail.
Pw:  science

All lower case

-----Original Message-----
From: Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe
Sent: Tuesday, January 19, 2021 11:00 AM
To: Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe <Marc.Villarreal@DODEA.EDU>; Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe <Shawn.Rodman@dodea.edu>
Cc: Corrigan, Mary, Ms., CIV, OSD/DoDEA-Europe <Mary.Corrigan@DODEA.EDU>; Michael Krebsbach <michael.krebsbach@student.dodea.edu>; Dare, Michelle, Ms., CIV, OSD/DoDEA-Europe <Michelle.Dare@DODEA.EDU>
Subject: RE: VHS: Back-to School CCRS Science Professional Learning (8/17-8/18)
Importance: High

Hello All,

Would it be possible for someone to send me the logins and passwords for the biology and chemistry texts? I emailed for a new one on Thursday, but the system has not responded. Thank you.

Warm regards,
Tamica


-----Original Message-----
From: Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe
Sent: Sunday, January 17, 2021 1:49 PM
To: Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe <Marc.Villarreal@DODEA.EDU>; Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe <Shawn.Rodman@dodea.edu>
Cc: 'tamica.smithson@yahoo.com' <tamica.smithson@yahoo.com>
Subject: RE: VHS: Back-to School CCRS Science Professional Learning (8/17-8/18)
Importance: High

Good Weekend,

I have completed a search of my emails, and below is the last correspondence that I received from Joy Schiele this school year.
I still don't have current access information for the online textbooks, and I cannot locate the old passwords from last school-year. I requested a new password on Thursday, but the system has not forwarded one at this time. It would have been best had I continued to receive communications throughout the 1st semester, especially since there was a chance of my return to VHS this school-year. I would have simply archived the emails and referred to them at this time.
Due to the circumstances, curriculum instruction will not begin for my

Due to the circumstances, curriculum instruction will not begin for my students on Tuesday. I have not had ample time to prepare because I have not been provided proper guidance and information for a smooth transition into remote learning 2021. If information is provided during the long weekend or early Tuesday, then I will have time to prepare lessons to begin on Wednesday. We will have ice-breakers and classroom norms on Tuesday for instruction.
Any and all guidance is welcomed. Thank you.

Warm regards,
Tamica Smithson


-----Original Message-----
From: Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe
Sent: Tuesday, August 11, 2020 9:33 PM
To: Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe <Marc.Villarreal@DODEA.EDU>
Cc: tamica.smithson@yahoo.com
Subject: FW: VHS: Back-to School CCRS Science Professional Learning (8/17-8/18)
Importance: High

Hello Mr. Villarreal,

You probably have heard that I have been accepted for the Virtual School detail. I will begin online training for the detail from home on Monday. From my understanding, I will not report to the high school. Please let me know if you have already been informed. Thank you.

Tamica


-----Original Message-----
From: Schiele, Joy, F, CIV, OSD/DoDEA-Europe
Sent: Tuesday, August 11, 2020 6:48 PM
To: Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe <Marc.Villarreal@DODEA.EDU>; Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe <Shawn.Rodman@dodea.edu>
Cc: Sanchez, Steven L, Mr., CIV, OSD/DoDEA-Europe <Steven.Sanchez@DODEA.EDU>; Schiele, Joy, F, CIV, OSD/DoDEA-Europe <.Schiele@DODEA.EDU>
Subject: VHS: Back-to School CCRS Science Professional Learning (8/17-8/18)

Good afternoon, Mary, Michael, Michelle and Tamika.

Welcome back, I hope each of you had an enjoyable summer break.

Our CCRSS Back-to-School (BTS) Professional Learning Sessions will occur on Monday, Aug 17th, and Tuesday, Aug 18th and will be both synchronous and asynchronous modules.

Our meeting link for both days:  https://meet.google.com/ank-zjhp-fdf

We will begin each day at 0800 (I will be in there earlier, feel free to stop in, looking forward to 'seeing' you all!)

Day 1: Monday - Choice Day:  We will open this day together. There are many things to discuss and frame our time together, so we're moving forward with a shared understanding and purpose. After this, you have a few choices of modules in Schoology (CCRSS Science Professional Learning), two of the options are live sessions, one with the STEM Educators at the US Naval Academy (1-3 pm), and one with Discovery Education (10 am-noon). We will discuss all of your options at the beginning of the day. I expect you will end up with time for 2 or 3 of these modules, but our priority will be what we start with, the discussion centered on being ready for students.

Day 2: Tuesday - Content Day: Again, we will open this day together and spend most of it in separate sessions with an HMH facilitator. There will be six total facilitators, one for Biology, Chemistry, Physics, Integrated Science I, Integrated Science II, and Integrated Science III. We'll go

Science I, Integrated Science II, and Integrated Science III. We'll go through the goals for this day, but you will have a lot of say in how this time is used. The facilitators are there for you as a resource to help you get the most out of our HMH materials. The sessions are a working/planning time with a 'coach' on hand to answer questions and help locate and build resources to use with students. I will be dividing my time among the sessions and will be with you and available all of both days.

I genuinely am looking forward to being with you all, though I do wish it were face-to-face.  Again, I hope you each have had a restful summer, and I will see you soon at the above link!

Please pass along this message to all educators joining us in science this year.

Let me know if you have any questions,

Joy

Joy Schiele
Science/STEM (6-12) ISS
District CHA
DoDEA Europe East District
Vogelweh/Kapaun Office
DSN: (314) 545-1742
Commercial: 49(0)611-143-545-1742

**SMITHSON EXHIBIT 13 11/16/2022**

**From:** Smithson, Tamika Ms. CIV OSD/DoDEA-Europe Tamika.Smithson@DODEA.EDU
**Subject:** RE: KEYS
**Date:** June 11, 2021 at 10:41 AM
**To:** Wolff, Michele A. Ms. CIV OSD/DoDEA-Europe Michele.Wolff@DODEA.EDU
**Cc:** Villarreal, Marc Mr. CIV OSD/DoDEA-Europe Marc.Villarreal@DODEA.EDU, Rodman, Shawn Mr. CIV, OSD/DoDEA-Europe Shawn.Rodman@dodea.edu, White, Syretta Ms. CIV OSD/DoDEA-Europe Syretta.White@DODEA.EDU, tamica.smithson@yahoo.com, Johnson, Jacob D. Mr. CTR OSD/DoDEA-Europe Jacob.Johnson@dodea.edu, Moellendick, Cora Ms. CIV OSD/DoDEA-Europe Cora.Moellendick@DODEA.EDU

Hello Ms. Wolff,

That makes perfect sense. This means that I will definitely need my laptop before I leave for the states. I will coordinate this with Mr. Johnson and/or Ms. Moellendick. Thank you very much.

Warm regards,
Tamica

---

**From:** Wolff, Michele A., Ms., CIV, OSD/DoDEA-Europe <Michele.Wolff@DODEA.EDU>
**Sent:** Friday, June 11, 2021 10:36 AM
**To:** Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe <Tamika.Smithson@DODEA.EDU>
**Cc:** Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe <Marc.Villarreal@DODEA.EDU>; Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe <Shawn.Rodman@dodea.edu>; White, Syretta Ms. CIV OSD/DoDEA-Europe <Syretta.White@DODEA.EDU>; tamica.smithson@yahoo.com
**Subject:** RE: KEYS

Hello Tamika, I have no problem with anyone keeping keys to clean their rooms etc…
But while you are in the states, your keys should be here in the building.
If Syretta is not here, I will be here the whole summer.
Does that make sense?

Michele

---

**From:** Smithson, Tamika, Ms., CIV, OSD/DoDEA-Europe <Tamika.Smithson@DODEA.EDU>
**Sent:** Friday, June 11, 2021 9:28 AM
**To:** Wolff, Michele A., Ms., CIV, OSD/DoDEA-Europe <Michele.Wolff@DODEA.EDU>
**Cc:** Villarreal, Marc, Mr., CIV, OSD/DoDEA-Europe <Marc.Villarreal@DODEA.EDU>; Rodman, Shawn, Mr., CIV, OSD/DoDEA-Europe <Shawn.Rodman@dodea.edu>; White, Syretta Ms. CIV OSD/DoDEA-Europe <Syretta.White@DODEA.EDU>; tamica.smithson@yahoo.com
**Subject:** RE: KEYS

Good Morning Ms. Wolff,

Last Thursday, I spoke with Mr. Villarreal and Mr. Rodman about keeping my keys over the summer. They told me that I should speak with Mrs. White about making sure that the keys were programmed correctly for access. I plan to do that today. I will need my keys for access once I return from the states. I will be picking up my computer on the day before (Sunday) school resumes. I will not be able to come early Monday morning.

I will also need my keys to pack personal items in my classroom before I leave for the states. I will tur my keys in to Ms. White for programming today. Please let me know if you have questions.

Warm regards,
Tamica Smithson

---

**From:** Wolff, Michele A., Ms., CIV, OSD/DoDEA-Europe <Michele.Wolff@DODEA.EDU>
**Sent:** Friday, June 11, 2021 9:04 AM
**To:** Vilseck HS Staff <vils_hs_staff@dodea.edu>
**Subject:** KEYS

Just a reminder…ALL keys MUST be turned in TODAY.

Keys must be inventoried and checked. I know you NEEEED them but you gotta let us check them for you.

There are a few exceptions and those people already know who they are…

Thanks for you support, Michele