SMITHSON
EXHIBIT
14

11/16/2022

## Declaration under Penalty of Perjury

I, <u>Melissa Hayes</u>, in accordance with 28 U.S.C. §1746, make the following statement:

*EFFECTS OF NONDISCLOSURE: Military members and civilian employees of the Department of Defense (DoD) and its components and agencies are obligated to cooperate in official investigations and may be subjected to administrative action for failing to do so. If I am not a military member or civilian employee of DoD, the disclosure of information by me is voluntary; however, my failure to respond will result in a recommended disposition of the case on the basis of information available.*

*AUTHORITY: The authority to collect the information requested is derived from one or more of the following: Title 5, Code of Federal Regulations, Sections 5.2 and 5.3; title 5, United States Code, Sections 1302, 1303, 1304, 3301, and 3302; Executive Order 11478, as amended; Executive Order 10577; and 29 CFR 1614.*

*PURPOSE AND USES: The information supplied will be used as a part of the record in an equal employment opportunity discrimination complaint. The record will be furnished to designees of agencies and departments of the Federal Government in order to resolve the complaint. The record may also be disclosed to any agency of the Federal Government having oversight or review authority with regard to Department of Defense, to Federal intelligence agencies, or to others as may be published in the Federal Register.*

Question (Q): What is your full name?
Response (R): Melissa Jane Akin Hayes

Q: What is your current position title, pay grade, and series?
R: Community Superintendent, TP, Grade KE, Occupation Code: 1710, Step 10

Q: How long have you held this position [provide to and from dates]?
R: August, 2016-Present

Q: Who was your first, second-level supervisor during the period at issue [March 2019 through September 2019]?
R: First Level- Mr. Steve Sanchez, Second Level- Dr. Dell McMullen

Q: What is your organizational relationship to Ms. Smithson (1st, 2nd, 3rd level supervisor, co-worker, servicing HR personnel, friend)?
R: I am the supervisor for principals in the Grafenwoehr Field Office area.

Q: If you served as her 1st, 2nd, or 3rd level supervisor, please provide the timeframes that you supervised the Complainant.
R: I have not directly supervised this individual.

Smithson, EU-FY20-013

Q: Are you physically located with Ms. Smithson?
R:

Q: As Mr. Villarreal's 1ˢᵗ level supervisor, has he contacted you to discuss any of the incidents listed below or concerns he has with Ms. Smithson in general?
R:

**Bases for Discrimination**
Q: What is your race?
R: White

Q: What is Ms. Smithson's race?
R: Black

Q: Would you agree that you are aware of her race based on visual observation (yes or no)? If no, please explain how you know his race
R: Yes

Q: What is your sex (male or female)?
R: female

Q: What is Ms. Smithson's sex [male or female]?
R: female

Q: Would you agree that you are aware of her sex based on visual observation (yes or no)? If no, please explain how you know her sex
R: yes

Q: What is your year of birth?
R: 1959

Q: What is Ms. Smithson's approximate age?
R: I don't know

Q: How are you aware of Ms. Smithson's age? Have the two of you discussed her age, from personnel records as examples, please explain how you know her age.
R: I don't know her age

Q: What is your awareness of Ms. Smithson medical conditions [be specific-what conditions does the Complainant have]?
R: I have no awareness of any specific medical conditions.

Q: When did you find out about the medical conditions?
R: I have no knowledge of her medical conditions

Page 9 of 9 Pages
Declarant's Initials

000191

Q: How did you find out about the medical conditions (did she tell you, provide medical documentation, did you find out from someone else)?
R: I have no knowledge of her medical conditions

Q: Did she provide you with any medical documentation to support her conditions? If so, approximately when and what did she give you?
R: No

Q: What are the essential duties of her position?
R: Ms. Smithson is responsible for planning, delivering instruction, and assessing students primarily. I am assuming she is also responsible for the other duties as a teacher such as attending Professional Learning sessions, faculty meetings, parent conferences.

Q: What is your understanding regarding how these medical conditions affect her ability to perform her duties as a Science Teacher, TC-CE 15?
R: I have no knowledge of her medical conditions

Q: Is Complainant able to perform the essential duties of her position with our without accommodation?
R: I have no knowledge of this

Q: Besides this EEO Complaint, are you aware any other EEO Complaint filed by Ms. Smithson?
R: No

Q: Did you participate in Complainant's prior EEO complaint? If so, please explain your role [e.g. responsible management witness, general witness].
R: No

Q: When and how did you find out about Complainant's previous complaint?
R: I have no knowledge of the previous complaint

Q: When (approximate) did you find out about this current complaint?
R: May 6, 2020, the date on this statement

Q: How (who told you) did you find out about this current complaint?
R: When I received the email asking that I provide a statement

Q: When (approximate) did you find out about this current complaint?
R: May 6, 2020

Q: How (who told you) did you find out about this current complaint?
R: When I received the email(May6, 2020) asking me to give staement

**Incidents of Discrimination and Harassment – Please refer to Agency's Notice of**

Page 9 of 9 Pages
Declarant's Initials

000192

Smithson, EU-FY20-013

<u>Acceptance dated December 16, 2019</u>

<u>Claim #1a</u>
Q: Ms. Smithson states twice in September 2019, Ms. Franklin and Ms. Natanaun [substitute for SPED] walked into her classroom while she was teaching to disrupt her class. What is your knowledge of this incident? Is this a true statement? IF not, what happened?
R: I have no knowledge of this incident.

Q: Ms. Smithson states Mr. Johnson also interrupted her class twice, to disrupt her class. What is your knowledge of this incident? Is this a true statement? IF not, what happened?
R: I have no knowledge of this statement

Q: Ms. Smithson states she believes they were walking into her classroom to cause a distraction while she was teaching and to cause her to have a negative response. What is your response to her contention?
R: I have no knowledge of this statement

Q: What is the organizational relationship between Ms. Smithson and Ms. Franklin, Ms. Natanaun, and Mr. Johnson?
R: I do not know

Q: Did you discuss with the individuals regarding why they were interrupting Ms. Smithson's classroom? What did they tell you?
R: No

Q: Do you believe their entering the classroom was appropriate? If so, why? If not, why not?
R: I have no knowledge of this.

<u>Claim #1b</u>
Q: What is your knowledge of Ms. Wolff coming into complainant's classroom, standing behind her desk, leaning against her, asking to speak with her about the hypotonic system?
R: I have no knowledge of this

Q: Did you discuss with Ms. Wolff her actions? If so, what did she tell you? If not, please explain why you did not talk with her.
R: I have no knowledge of this

<u>Claim #1c</u>
Q: Please explain why the hydroponic system could not be moved for Ms. Smithson.
R: I have no knowledge of this

<u>Claim #1d</u>
Q: What is your knowledge of Ms. Ester Franklin, coming into Complainant's classroom, attempting to come behind her desk while she was administering a microscope quiz?
R: I have no knowledge of this

Q: Did you discuss with Ms. Franklin her actions? If so, what did she tell you? If not, please explain why you did not talk with her.
R: I have no knowledge of this, I don't know Ms. Franklin.

### Claim #1e
Q: Please explain why Ms. Smithson did not receive materials and instruction to implement the new curriculum.
R: I have no knowledge of this.

Q: Why did Ms. Mary Corrigan and Mr. Michael Krebsbach receive the material and instruction to implement the new curriculum and Complainant did not receive the material?
R: I have no knowledge of this

### Claim #1f
Q: What is you knowledge of Ms. Wolff approaching Ms. Smithson's daughter during the summer asking her [the daughter] what type of work Ms. Smithson was performing over the summer?
R: I have no knowledge of this

Q: Do you think this was appropriate for Ms. Wolff to discuss Ms. Smithson's whereabouts with her [Ms. Smithson's] daughter? If so, why? If not, why not?
R: I have no knowledge of this

### Claim #1g
Q: Please explain what happened when in late March 2019, Ms. Smithson's co-worker, Ms. Susan Holt, approached her in the classroom asking if she would consider leaving the school so that Ms. Holt could stay.
R: I have no knowledge of this

Q: Why would Ms. Holt ask that type of question? Was the school considering making personnel cuts?
R: I have no knowledge of this

### Claim #1h
Q: Ms. Smithson states that she had an RA in place during SY2017 and 2018. However, the RA was discontinued in by Mr. Villarreal and Ms. Tronge in December 2018. Why was Ms. Smithson's RA discontinued?
R: I have no knowledge of this

Q: Ms. Smithson stated she requested to reinstate the RA in writing. Did you respond to her request in writing (if so, please provide a copy)? What was your response to Ms. Smithson's request?
R: I have no knowledge of this and I did not receive anything in writing from Ms. Smithson

Q: Does the Ms. Smithson meet the education and experience requirements for the position in question (explain)?

R: I have no knowledge of this

Q: Ms. Smithson alleged that her medical condition impacts her ability to participate in early morning exercise it affects her ability to exercise and drive in early morning. Are you aware that the medical impairment impacts on the Complainant's ability to perform the tasks above?
R: I have no knowledge of this

Q: How often is this task/function performed in this position (Daily, weekly, or percentage of time performing this function/task)?
R: I am not aware of any early morning exercise or what task/function she is being asked to perform

Q: What happens if she cannot perform this function?
R: I have no knowledge of this

Q: Do you consider this task/function an essential function of the position? (If so, explain why.)
R: I have no knowledge of this

Q: Did Complainant request an accommodation or advise you of the impact his medical impairment has on her ability to perform his job (explain when and what you were told)?
R: No

Q: What accommodation did Complainant request and when was the accommodation requested?
R: I have no knowledge of this

Q: Prior to the request for accommodation, was Complainant able to perform the essential functions of his position without an accommodation? If yes, what reason did Complainant give for requesting an accommodation?
R: I have no knowledge of this

Q: What action did you take in response to Complainant's request for accommodation, if any?
R: I was not involved in a request for accommodations

Q: Did you have a discussion with Complainant to clarify her request, request more medical documentation, and/or did Complainant submit medical or related documentation that describe the need for the requested accommodation (explain)?
R: No

Q: If you offered/provided an accommodation, identify the accommodation.
R: I have no knowledge of this

Q: What was Complainant's response to that accommodation?
R: I have no knowledge of this

Q: With the accommodation, was Complainant able to perform the essential functions of job?
R: I have no knowledge of this

Page 9 of 9 Pages
Declarant's Initials _____

000195

Q: If you did not offer/provide an accommodation, explain fully why not?
R: I was not involved in the request or the offering of accommodations.

Q: Was Mr. Martinez's RA removed? Was the removal of the RA for him a direct result of Ms. Smithson complainant about her RA? Please explain your response.
R: I have no knowledge of this

### General Discrimination/Harassment Questions

Q: Ms. Smithson alleges that she was being treated less favorably then her co-workers listed below and she provides the reason why. Please address her contention for each of the co-workers separately.
1. **Mr. Martinez** was utilizing his delayed entry accommodations for at least two months after my accommodations had been removed. I believe that his accommodations were removed once administration noticed the discrepancy in treatment.
2. **Ms. Overton** had been using the WACOM in her art classes for some time. Although this technology was already in use within the school; I was forced to provide more reasoning as to why I needed the same technology as a reasonable accommodation. Once I finally received the technology, I was unable to use it effectively in my classroom. In hindsight, I believe that I was just very discouraged by this point.
3. **Ms. Snowden** received help from other teachers, and possibly ISS outside of the building that I did not have access to during these crucial first weeks of new curriculum implementation.

Q: Complainant believes she was discriminated against based on her medical condition and the root cause is due to her race. She explains she was successfully utilizing her RA since 2010. There were no problems with her performance of essential and nonessential duties. Her attendance was nearly perfect; in that she rarely called in sick or late for work. She believes that the agency targeted her RA and conditions to cause adverse reactions in my performance and health. What is your response to her contention?
R: I have no knowledge of this

Q: Complainant believes she was discriminated against based on her filing a prior EEO complaint because adverse actions against her RA took place directly after she filed EEO complaints in SY 2017 and 2018. What is your response to her contention?
R: I have no knowledge of this

Q: Ms. Smithson contends that she has complained to you about co-workers violating her personal space and her issues with not receiving technology and resources. What action have you taken as a result of Ms. Smithson complaining to you?
R: I have never had a conversation with Ms. Smithson except when I saw her in front of my house consoling MAJ Sabala after his wife passed away. When she got back into her car, I asked him who she was. He told me Ms. Smithson and she lives up the street from us.

Q: Were you aware of any policies in place designed to prevent harassment or hostile work environment? If so, where are these policies (bulletin boards or intranet)?

R: Yes, I am well aware and the policies are placed throughout the school and in the teacher's lounge

Q: Have you attended any training regarding anti-harassment/hostile work environment? If so, what was the training and when did you take it?
R: Our administrator's training always has a session on what to do when someone expresses they are in a hostile work environment.

Q: How would Ms. Smithson become aware of the policies in place designed to prevent harassment or hostile work environment?
R: they are posted throughout the school

Q: If not listed above, did Ms. Smithson complain to you about the alleged harassment? If so, when? What did she say?
R: No

Q: Did Ms. Smithson tell you that she feel discriminated against based on her race and medical conditions, in reprisal for complaining? If so, what did she tell you?
R: No

Q: Was an agency investigation conducted into Ms. Smithson's allegations of harassment? If so, approximately when, who conducted investigation, and what was the outcome/recommendation?
R: I am not aware of an investigation

Q: What other actions, if any, did you or other management officials take in response to Complainant's allegations?
R: I was not involved in the investigation nor aware of any

Q: Which management officials took the action?
R: I am not aware

Q: Did this action stop the harassment?
R: I have no knowledge of the alleged harassment

Q: How can you be certain that management's actions stopped the harassment?
R: I was never aware of the alleged harassment

**Conclusion**
Q: Regarding any of the claims or issues accepted for investigation, did you take any actions, make any decisions, or engage in any behavior for the purpose of discriminating against, or harassing Complainant because of her race, medical conditions or in reprisal for complaining?
R: I was not aware of any investigation and had nothing to do with actions or decisions.

Q: Regarding any of the claims or issues accepted for investigation under, do you believe that

Smithson, EU-FY20-013

any involved supervisor or employee took any actions, made any decisions, or engaged in any behavior for the purpose of discriminating against, Complainant because of her race, medical conditions or in reprisal ?
R: I am not aware of any actions or decisions.

Q: Do you have any evidence you would like to submit in connection with this investigation? If so, please label and attach to this statement.
R: No

Q: Is there anything you would like to add to any of your testimony in connection with any of the claims or issues accepted for investigation? If so, please do so here.
R: No

### END OF STATEMENT

I, <u>Melissa Hayes</u>, declare under penalty of perjury, that the foregoing is true and correct.

_____
(Declarant's Signature)

_____
May 8, 2020
(Date)