UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMICA J. SMITHSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:21-cv-02193-JRS-MJD |
| | ) |
| LLOYD AUSTIN, III Secretary; | ) |
| Department of Defense, | ) |
| | ) |
| Defendant. | ) |

**Final Judgment**

Pursuant to the Order also issued this day, summary judgment is granted in favor of the Defendant on all claims. Plaintiff shall take nothing by way of her Complaint against Defendant. This is a **final judgment** under Federal Rule of Civil Procedure 58. The clerk is directed to **close the case.**

**SO ORDERED.**

Date: 12/19/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

TAMICA J. SMITHSON
CMR 411
Box 3668
APO 09112

Rachana Nagin Fischer
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
rachana.fischer@usdoj.gov